**Order entered December 1, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-01422-CV
No. 05-15-01423-CV
No. 05-15-01424-CV

**IN RE EMANUAL DELEON FIELDS, Relator**

**Original Proceeding from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-0154898-N, F-0154899-N, F-0154900-N,**

## ORDER
Before Justices Francis, Myers and Schenck

Based on the Court's opinion of this date, we **DISMISS** the petition for writ of mandamus. We **ORDER** relator to bear the costs of this original proceeding.


/s/      LANA MYERS
JUSTICE